```
PATRICK L. FORTE, Bar #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed June 07, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-40765 WJL** |
| **JASON ANTHONY AYRES and BETH ANN AYRES,** | **Chapter 13** |
| | **ORDER SUSTAINING OBJECTION TO CLAIM #4 OF BANK OF AMERICA, N.A.** |
| **Debtors.** / | |

Upon consideration of the Declaration Re Default On Objection To Claim and good cause appearing thereof;

IT IS HEREBY ORDERED that:

The default of Bank of America, N.A. is entered and the objection to Claim #4 is sustained.

Claim #4 filed on March 26, 2011, by Bank of America, N.A. is:

( ) Disallowed for any amount of secured arrearages

(X) Allowed as an unsecured deficiency claim.

( ) Disallowed in its entirety.

***END OF ORDER***

**COURT SERVICE LIST**

**DEBTORS' ATTORNEYS**
Patrick L. Forte, Esq.
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


**CHAPTER 13 TRUSTEE**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. TRUSTEE
1301 Clay St. #690N
Oakland, CA 94612


**CLAIMANT**
Attn: Officer
Bank of America, N.A.
Po Box 26012, NC4-105-02-99
Greensboro, NC 27420

Attn: Officer or Managing Agent
Bank of America, N.A.
101 S. Tryon Street
Charlotte, NC 28202